**JS-6**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

JOSEPH RUGGLESS, an individual,

          Plaintiff,

    v.

LOCKHEED MARTIN AERONAUTICS CO. and DOES 1 - 50, inclusive,

          Defendant.

CASE NO. 2:24-cv-05661-MRA-PVC

District Judge:  Monica Ramirez Almadani
Magistrate Judge:  Pedro V. Castillo

**JUDGMENT GRANTING DEFENDANT LOCKHEED MARTIN CORPORATION'S MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE FOR PARTIAL SUMMARY JUDGMENT**

    This action came on for hearing before the Court on June 9, 2025, the Honorable Monica Ramirez Almadani, District Judge presiding, on a Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment.  The evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered,

    **IT IS HEREBY ORDERED AND ADJUDGED** that Judgment is entered in favor of Defendant Lockheed Martin Corporation erroneously sued as Lockheed Martin Aeronautics Co. ("Lockheed Martin") and against Plaintiff Joseph Ruggless, that the action be dismissed on the merits, and that Lockheed Martin Corporation is entitled to its costs and fees as permitted by law.

Dated: March 23, 2026

_____
HON. MONICA RAMIREZ ALMADANI
UNITED STATES DISTRICT JUDGE

1